IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-097-RLV-DCK

| | |
|---|---|
| WILLIAM JOSEPH FOX <br> DIRTBALL FASHION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DC SHOES, INC., & QUIKSILVER, INC., <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) filed by Matthew S. DeAntonio, concerning Gazal Pour-Moezzi on July 15, 2014. Mr. Gazal Pour-Moezzi seeks to appear as counsel *pro hac vice* for Defendants DC Shoes, Inc. and Quiksilver, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) is **GRANTED.** Mr. Gazal Pour-Moezzi is hereby admitted *pro hac vice* to represent Defendants DC Shoes, Inc. and Quiksilver, Inc.

**SO ORDERED**.

Signed: July 16, 2014

David C. Keesler
United States Magistrate Judge