# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-097-RLV-DCK

| | |
|---|---|
| WILLIAM JOSEPH FOX<br>DIRTBALL FASHION, LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DC SHOES, INC., & QUIKSILVER, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　**ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) filed by Matthew S. DeAntonio, concerning Carlo F. Van den Bosch on July 15, 2014. Mr. Carlo F. Van den Bosch seeks to appear as counsel *pro hac vice* for Defendants DC Shoes, Inc. and Quiksilver, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) is **GRANTED.** Mr. Carlo F. Van den Bosch is hereby admitted *pro hac vice* to represent Defendants DC Shoes, Inc. and Quiksilver, Inc.

　　　**SO ORDERED**.

Signed: July 16, 2014

David C. Keesler
United States Magistrate Judge